**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ricardo MORENO, a.k.a. Daniel Rodriguez–Rivas, Defendant–Appellant.**

No. 12–11730
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 29, 2012.

Robert G. Davies, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, Kathryn D. Risinger, U.S. Attorney's Office, Panama City, FL, for Plaintiff–Appellee.

Gwendolyn Louise Spivey, Charles William Lammers, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Ricardo Moreno, McRae, GA, pro se.

Before MARCUS, WILSON and FAY, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Ricardo Moreno in this direct criminal appeal, has moved to withdraw from fur-

---

ther representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Moreno's conviction and sentence are **AFFIRMED.**